UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHEQUEVAR CAMPBELL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-10228-PBS |
| | ) | |
| STEVEN J. SOUZA, | ) | |
| Respondent. | ) | |

**ORDER OF DISMISSAL**

Saris, D.J.

In accordance with the Court's Order, dated March 11, 2020 (Dkt. No. 11), it is hereby ORDERED, that the above-entitled action is dismissed.

3/11/2020                                By the Court,
Date

/s/ Miguel A. Lara
Deputy Clerk